## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AHMAD MOHAMMAD AL DARBI,** *et al.*, | ) ) ) ) | |
| **Petitioners,** | ) ) | |
| v. | ) ) | **Civil Action No. 05-2371 (RCL)** |
| **BARACK OBAMA,** *et al.*, | ) ) | |
| **Respondents.** | ) ) ) | |

## <u>ORDER</u>

Petitioner's counsel, J. Wells Dixon, has moved to withdraw his appearance on behalf of petitioners in the above-captioned cause. Based on counsel's motion, the Court finds that good case exists to grant this motion because petitioners will continue to be represented by attorneys from the law firm of Simpson Thacher & Bartlett LLP, and because granting this motion will not delay the trial of this case, unfairly prejudice any party, or contravene the interests of justice. Accordingly, it is hereby

ORDERED that the motion [190] to withdraw appearance is GRANTED. The appearance of J. Wells Dixon is withdrawn from this case.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on March 25, 2010.